United States Bankruptcy Court
Southern District of Texas
**ENTERED**
April 29, 2022
Nathan Ochsner, Clerk

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | CASE NO: 22-90035 |
| HONX, INC., | § | |
| | § | CHAPTER 11 |
| Debtor. | § | |
| | § | |
| HONX, INC., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | ADVERSARY NO. 22-3129 |
| | § | |
| THOSE PARTIES LISTED IN APPENDIX A | § | |
| TO COMPLAINT AND JOHN AND JANE | § | |
| DOES 1-1000, | § | |
| | § | |
| Defendant. | § | |

## ORDER DECLARING STAY VIOLATION

For the reasons set forth on the record on this date, the Court orders:

1. The severance order issued on April 28, 2022 in Civil Action §-06-CV-231 by the Superior Court of the Virgin Islands was obtained in violation of the stay.

2. The severance order is void.

3. The Debtor and Hess remain as defendants.

4. The automatic stay prohibits the continuation of the civil action referenced in paragraph 1 of this Order.

5. No sanctions are awarded.

6. This order is effective on entry.

SIGNED 04/29/2022

_____
Marvin Isgur
United States Bankruptcy Judge